**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter E. Waswa, | No. CV 11-1046-PHX-RCB (MEA) |
| Plaintiff, | **O R D E R** |
| vs. | |
| Corrections Corporation of America, et al., | |
| Defendants. | |

In a July 20, 2011 Order, the Court dismissed Plaintiff Peter E. Waswa's Second Amended Complaint and this action because Plaintiff had failed to state a claim. The Clerk of Court entered Judgment on July 20, 2011.

Nearly a year later, Plaintiff filed a July 11, 2012 Letter (Doc. 11) that is addressed to the former Clerk of Court and seeks help finding an attorney. The Court will deny as moot Plaintiff's request for counsel because this case is closed.

**IT IS ORDERED** that Plaintiff's Letter Request (Doc. 11) is **denied**. This case must remain **closed**.

DATED this 21st day of August, 2012.

Robert C. Broomfield
Senior United States District Judge